**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01021-CV

### TIC N. CENTRAL DALLAS 3, LLC, ET AL., Appellants

### V.

### ENVIROBUSINESS, INC., ET AL., Appellees

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-02857-E

## ORDER

The Court has before it appellees' October 22, 2013 unopposed motion for extension of time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by November 19, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE